UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 OCT -6 P 3:42

CLERK OF COURT

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 26-CR- 26-CR-209

[18 U.S.C. § 2113(a)]

v.

MICHAEL R. MADDEN,

Defendant.

**INDICTMENT**

**COUNT ONE**

**THE GRAND JURY CHARGES THAT:**

On or about May 28, 2026, in the State and Eastern District of Wisconsin,

**MICHAEL R. MADDEN,**

by force, violence, and intimidation, did take from the presence of a teller approximately $1,000 in U.S. currency belonging to and in the care, custody, control, management, and possession of Landmark Credit Union in Cudahy, Wisconsin, a financial institution the deposits of which were then insured by the National Credit Union Administration.

In violation of Title 18, United States Code, Section 2113(a).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 16, 2026, in the State and Eastern District of Wisconsin,

**MICHAEL R. MADDEN,**

by force, violence, and intimidation, did take from the presence of a teller approximately $3,400 in U.S. currency belonging to and in the care, custody, control, management, and possession of Brewery Credit Union in Milwaukee, Wisconsin, a financial institution the deposits of which were then insured by the National Credit Union Administration.

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

[redacted]

FOREPERSON

Date: 10/4/26

LISA WESLEY
Assistant United States Attorney